IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KIMBERLY WHEATLEY,

    Plaintiff,

v.                                                                     4:12cv595-WS

CAROLYN W. COLVIN, Acting
Commissioner, Social
Security Administration,

    Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation docketed September 3, 2013. See Doc. 16. The magistrate judge recommends that the Commissioner's decision to deny the plaintiff's application for benefits be affirmed. The plaintiff has filed objections (doc. 17) to the magistrate judge's report and recommendation.

    Having reviewed the administrative record, the decision of the administrative law judge, and the magistrate judge's report and recommendation, the court adopts the magistrate judge's report and recommendation. Like the magistrate judge, this court finds that the ALJ properly evaluated the opinion of nurse-practitioner Myers. Also like

the magistrate judge, this court finds that substantial evidence supports the ALJ's Step 5 finding. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is ADOPTED and incorporation by reference into this order.

2. The Commissioner's decision to deny Plaintiff's application for benefits is AFFIRMED.

3. The clerk shall enter judgment stating: "The decision of the Commissioner is AFFIRMED and this action is DISMISSED."

DONE AND ORDERED this ____4th____ day of ____October____, 2013.

                                          s/ William Stafford
                                          WILLIAM STAFFORD
                                          SENIOR UNITED STATES DISTRICT JUDGE